UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                Hon. Robert Holmes Bell

v.

                                                Case No. 1:15-cr-00099-RHB-2

CHARLES LEE SAMUELS,

        Defendant.

_____/

## ORDER

This matter is before the Court on the issue of whether defendant's bond should be reinstated. On July 29, 2015, the Court granted defendant's motion for a competency evaluation, pursuant to 18 U.S.C. § 4241. (Dkt. 31). The Court revoked defendant's bond for purposes of completing the examination. (Dkt. 31, PageID.63). The Court has been advised by both government and defense counsel that defendant declined to participate in the evaluation process. During a hearing today, the undersigned judicial officer announced his intention to release defendant on bond subject to a number of conditions, including mental health treatment and counseling as directed by Pretrial Services. Defendant informed the undersigned judicial officer that he would not abide by that condition. Accordingly, and in light of his unwillingness to comply with a lawful condition of bond,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 20th day of October, 2015.

                                                        /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge